MICHELE BECKWITH
Acting United States Attorney
J. DOUGLAS HARMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REBECCA NJIRU,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:25-PO-00135-CSK<br><br>ORDER TO DISMISS AND VACATE FURTHER SET DATES<br><br>DATE:　August 20, 2025<br>TIME:　10:00 a.m.<br>JUDGE:　Honorable Chi Soo Kim |

　　It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:25-po-00135-CSK is GRANTED.

　　It is further ordered that the status conference scheduled on August 20, 2025, at 10:00 a.m. and the bench trial scheduled on November 3, 2025, at 10:00 a.m. are vacated.

　　IT IS SO ORDERED.

Dated: June 17, 2025

_____
HON. CHI SOO KIM
United States Magistrate Judge

ORDER TO DISMISS; VACATE HRG DATES　　　　　　　　1